BENJAMIN B. WAGNER
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
MAY 23 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>2346 ELGIN STREET, OROVILLE, CALIFORNIA | 2:15-SW-0572 CKD<br><br>[~~PROPOSED~~] ORDER TO UNSEAL REDACTED SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's application to unseal a redacted copy of the search warrant, affidavit, and return is HEREBY GRANTED as follows:

A redacted version of the search warrant, affidavit and return will be unsealed. The original search warrant and affidavit will remained sealed. A copy of the original, unredacted, search warrant and affidavit may be shown to defense counsel, or provided to the defense so long as the sealed information is subject to a protective order. The Clerk is directed to file a redacted copy of the search warrant, affidavit, and return on the public docket.

SO ORDERED.

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 5/23/2016

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE